**No. 10-1045. Janis L. Brown, Individually and as Personal Representative of the Estate of Jason Ray Brown, Deceased, et al., Petitioners v. Thomas J. Callahan, Individually and in His Official Capacity as Sheriff, Wichita County, Texas.**

563 U.S. 1021, 131 S. Ct. 2932, 180 L. Ed. 2d 225, 2011 U.S. LEXIS 4110.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 623 F.3d 249.

**No. 10-1129. Donald Aldridge, et al., Petitioners v. City of Memphis, Tennessee, et al.**

563 U.S. 1021, 131 S. Ct. 2932, 180 L. Ed. 2d 225, 2011 U.S. LEXIS 4058.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 404 Fed. Appx. 29.

**No. 10-1160. Robert J. Giesing, Petitioner v. Brian Williams, Sr., Warden, et al.**

563 U.S. 1021, 131 S. Ct. 2932, 180 L. Ed. 2d 225, 2011 U.S. LEXIS 4096.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-1162. Polina Gertskis, Petitioner v. New York City Department of Health and Mental Hygiene, et al.**

563 U.S. 1021, 131 S. Ct. 2932, 180 L. Ed. 2d 225, 2011 U.S. LEXIS 4062.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 375 Fed. Appx. 138.

**No. 10-1168. William A. Hawkins, By His Next Friend Ida Hawkins, Individually and on Behalf of All Others Similarly Situated, Petitioner v. Citicorp Credit Services, Inc. (USA), et al.**

563 U.S. 1021, 131 S. Ct. 2933, 180 L. Ed. 2d 225, 2011 U.S. LEXIS 4099.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 405 Fed. Appx. 789.

**No. 10-1179. John Hamilton, et al., Petitioners v. City of Romulus, Michigan, et al.**

563 U.S. 1021, 131 S. Ct. 2934, 180 L. Ed. 2d 225, 2011 U.S. LEXIS 4115.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 409 Fed. Appx. 826.

**No. 10-1184. Jamal Hafeez-Bey, Petitioner v. Texas.**

563 U.S. 1021, 131 S. Ct. 2936, 180 L. Ed. 2d 225, 2011 U.S. LEXIS 4112.

May 31, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Ninth District, denied.